B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hyre Electric Company, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>26-2181072 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1230 West Jefferson Street<br>Shorewood, IL                 ZIP Code 60404 | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Hyre Electric Company, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)            Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Hyre Electric Company, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *Rebecca D. Rosenthal* (signature)
Signature of Attorney for Debtor(s)

Rebecca D. Rosenthal, Esq. ARDC #6296457
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

September 30, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Edward C. Mattox
Printed Name of Authorized Individual

President
Title of Authorized Individual

September 30, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
**Northern District of Illinois**

In re    Hyre Electric Company, Inc.                           Case No.
                                          Debtor(s)                Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      109

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    September 30, 2010                /s/ Edward C. Mattox
                                                                  Edward C. Mattox/President
                                                                  Signer/Title

.

Abatangelo - Hanson, Ltd.
53 W. Jackson Blvd, Suite 18150
Chicago, IL 60604


Accu-tech Corporation
PO Box 840781
Dallas, TX 75284


Active Electric
4240 W. Lawrence Ave.
Chicago, IL 60630


Advance Electric
2050 S. Lake St.
Mundelein, IL 60060


Advance Electrical
2050 S. Lake St.
Mundelein, IL 60060


Airgas North Central
P. O. Box 802588
Chicago, IL 60680


All- Tech Electrical Const. Co.
4645 West 138th St.
Crestwood, IL 60445


Allied Waste Services #719
P. O. Box 9001154
Louisville, KY 40290


ALLY (GMAC)
P. O. Box 9001948
Louisville, KY 40290


Alnian Construction
3880 Milwaukee Ave.
Chicago, IL 60641


Anixter Wire & Cable
P.O. Box 847428
Dallas, TX 75284

ARS Contracting
9540 S. Carls Dr.
Plainfield, IL 60585

ASA Chicago
3150 River Rd., Suite 101
Des Plaines, IL 60018

Associate Area Counsel, SB/SE
200 W. Adams Street, Suite 2300
Chicago, IL 60606

AT & T
P. O. Box 90001309
Louisville, KY 40290

AT &T
PO Box 5019
Carol Stream, IL 60197

AT&T
PO Box 8100
Aurora, IL 60507

AT&T Mobility
P O Box 6463
Carol Stream, IL 60197

Atlas Corporate & Notary Supply Co.
8107 Ridgeway
Skokie, IL 60076

Aurora Tri-State
1018 Corporate Blvd.
Aurora, IL 60502

Auto- Owners Insurance
P. O. Box 30315
Lansing, MI 48909

Beverly Stevenson(Llavone)
3088 Verdmont Lane
Wellington, FL 33414

Bob's Bullet Boring, Inc.
3701 Charlemaine Dr.
Aurora, IL 60504


Broadwing Communications, LLC.
P. O. Box 952061
Saint Louis, MO 63195


Buesing Brothers, Inc.
37 Linden Ave.
Yorkville, IL 60560


Builders Lighting & Design, Inc.
11400 Melrose
Franklin Park, IL 60131


Chicago Suburban Express
P.O. Box 388568
Chicago, IL 60638


CIMCO Communications, Inc.
PO Box 95900
Chicago, IL 60694


City of Chicago- Dept of Revenue
333 S. State St
Suite 300
Chicago, IL 60604-3977


Com Ed
3 Lincoln Center
Oak Brook Terrace, IL 60181


Commercial Electronic Systems
2447 Reeves Rd.
Joliet, IL 60436


Commerical Lighting Industries
81161 Indio Blvd.
Indio, CA 92201


Communications Supply
200 E. Lies Road
Carol Stream, IL 60188

Construction Resource Technology, Inc.
One Oakbrook Center, Suite 510
Oakbrook Terrace, IL 60181

Contractors Adjustment Co.
570 Lake Cook Rd., Suite305
Deerfield, IL 60015

Core-vett Con. Coring & Sawing
510 Higgins. Rd.
Park Ridge, IL 60068

CW Olson
1701 golf Rd, Tower 3
Rolling Meadows, IL 60008

D. Patrick Mullarkey
Tax Division
P.O. Box 55
Washington, DC 20044

Delta- Therm
398 W. Liberty St.
Wauconda, IL 60084

Dick's Towing
911 N. Broadway St.
Joliet, IL 60435

Douglas Tibble
101 N. Washington Street
Naperville, IL 60540

Eastland Industries
4115 W. Washigton Blvd.
Hillside, IL 60162

Electrical Solutions Network
303 Turnbridge Dr.
Shorewood, IL 60404

Englewood Electric Supply
41 N. Livery Blvd.
Elk Grove, Il 60007

ERI Electrical Resources
2323 W. Washington Ave., Ste 200
Titusville, FL 32780


Facility Solutions Group
1045 Entry Dr.
Bensenville, IL 60106


FedX
P.O. Box 94515
Palatine, IL 60094


Fleet Services
PO Box 6293
Carol Stream, IL 60197


GEM Electric Supply, Inc.
3135 W. 95th St.
Evergreen Park, IL 60805


General Electric Company
PO Box 640506
Pittsburgh, PA 15264


Gexpro
PO Box 100275
Atlanta, GA 30384


Grainger, Inc.
Dept 814464905
Palatine, IL 60038


Harris Bank N.A.
P.O. Box 2880
Chicago, IL 60690


High Point Plaza, LLC
6940 Reliable Parkway
Chicago, IL 60686


High Rise Security Systems
762 burr Oak Dr.
Westmont, IL 60559

```
Hinkley Springs
PO Box 660579
Dallas, TX 75266


Illinois Dept. of Employment Security
PO Box 803414
Chicago, IL 60680


Illinois Paper & Copier Co.
6 Territorial Ct.
Bolingbrook, IL 60440


IMC Connect, Inc.
207 E. Ohio # 293
Chicago, IL 60611


Inland Electric Corp.
1230 W. Jefferson St.
Shorewood, IL 60404


Integrated Design & Supply
111 Erick St. #114
Crystal Lake, IL 60014


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


J & A Sheet Metal, Inc.
1800 N. Campbell Ave.
Chicago, IL 60647


KCW Environmental Conditioning
849 Main St.
Glen Ellyn, IL 60137


LC&D Lighting Controls
905 Allen Ave.
Glendale, CA 91201
```

Legent Engraving Co, Inc.
553 W. Carboy Rd.
Mt. Prospect, IL 60056

Lift Works, Inc.
1130 Carolina Ave., Ste F
West Chicago, IL 60185

Litgen Concrete Cutting & Coring Co.
120 Nerge Rd.
Elk Grove Village, IL 60007

Llavone Corp, Guest Chuck
3088 Verdmont Ln.
Wellington, FL 33414

Local 117 Benefit Trust Funds
101 East Chicago Street
Union Natl Bank
Elgin, IL 60120

Local 134 Electrical Ins. Trustees
350 North Orleans Street
Receipt & Dispatch 8th floor
Chicago, IL 60654

Local 134 NEBF
Five Westrook Corp Center
#940
Westchester, IL 60154

Local 134 NECA
31W007 North Avenue
Suite 100
West Chicago, IL 60185

Local 150 IBEW
31290 N. US Hwy 45
Unit B
Libertyville, IL 60048

Local 176 NEBF
1308 Houbolt Road
Joliet, IL 60431

```
Local 176 NECA-IBEW #176
5300 S. Cicero
Chicago, IL 60638


Local 176 Neca-IBEW Pension Trust Fund D
2120 Hubbard Avenue
Decatur, IL 62526


Local 461 IBEW
591 Sullivan Road
Suite 100
Aurora, IL 60506


Local 697 IBEW Admin Fund
Po Box 2006
Michigan, IN 46361-8006


Local 701 IBEW Fringe Benefit Fund
135 S. LaSalle Dept. 1780
Chicago, IL 60674-1780


Midco Electric Supply
7237 W. 90th Pl
Bridgeview, IL 60455


NE Neca
31W007 North Ave
Suite 100
West Chicago, IL 60185


Nicor
PO Box 0632
Aurora, IL 60507


Nortech Telecommunications, Inc.
851 Busse Rd.
Elk Grove Village, IL 60007


NW NEBF
31W007 North Ave
Suite 100
West Chicago, IL 60185
```

Personnel Concepts
PO Box 5750
Carol Stream, IL 60197


Pitney Bowes
PO Box 856460
Louisville, KY 40285


Production Distribution Co.
3815 W. 127th St.
Alsip, IL 60803


Quill Corporation
PO Box 37600
Philadelphia, PA 19101


Recco Tool & Supply
8805 Joliet Rd
McCook, IL 60525


Ross Barney Architects
10 W. Hubbard Street
Chicago, IL 60610


SCI Communications, Inc.
PO Box 38
New Lenox, IL 60451


Simplex Grinnell
91 N. Mitchell Ct.
Addison, IL 60101


Springer Blue Print Service
10640 S. Western Ave.
Chicago, IL 60643


Sprint
PO Box 4191
Carol Stream, IL 60197


Sprint-Nextel
PO Box 4181
Carol Stream, IL 60197

Stevenson Crane Service, Inc.
410 Stevenson Dr.
Bolingbrook, IL 60440

Swift Saw & Tool Supply
1200 W. 171 St
Hazel Crest, IL 60429

System Development Integration
33 W. Monroe St. , Ste 400
Chicago, IL 60603

The IDM Group
PO Box 46466
Plymouth, MN 55446

Trade Service Corporation
15092 Avenue of Science
San Diego, CA 92128

Tree Towns Reprographics, Inc.
542 Spring Rd.
Elmhurst, IL 60126

Unit Step Company, Inc.
1515 Channahon Rd. (Rt6)
Joliet, IL 60436

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

West Ben Ins. Co.
Bin 432
Milwakee, WI 53288

Westchester Fire Insurance Co.
1133 Avenue of the Americas
New York, NY 10036

Will County Recycling, Inc.
2314 Douglas St.
Joliet, IL 60435

```
XO Communications
233 S. Wacker Drive, Suite 3510
Chicago, IL 60606
```