**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HYRE ELECTRIC COMPANY, INC. § Case No. 10-44140-BWB
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2010. The undersigned trustee was appointed on September 30, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         98,528.48

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 2,500.00 |
   | Administrative expenses | 7,044.80 |
   | Bank service fees | 5,769.40 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $         83,214.28 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/14/2011 and the deadline for filing governmental claims was 03/29/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,176.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,176.42, for a total compensation of $8,176.42.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/17/2014          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-44140-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** HYRE ELECTRIC COMPANY, INC.  **Filed (f) or Converted (c):** 09/30/10 (f)
 **§341(a) Meeting Date:** 11/04/10
**Period Ending:** 11/17/14  **Claims Bar Date:** 02/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HARRIS BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 2 | PEOPLES BANK ACCOUNTS | 0.00 | 0.00 | | 11,146.36 | FA |
| 3 | ACCOUNTS RECEIVABLE | 670,302.00 | 0.00 | | 77,435.29 | FA |
| 4 | OFFICE EQUIPMENT | 5,600.00 | 0.00 | | 0.00 | FA |
| 5 | INVENTORY | 17,660.00 | 0.00 | | 0.00 | FA |
| 6 | TURNOVER OF FUNDS (u) | 1,000.00 | 1,000.00 | | 9,932.18 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 14.65 | Unknown |
| 7 | Assets Totals (Excluding unknown values) | **$694,562.00** | **$1,000.00** | | **$98,528.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING A/R; ADVERSARY PENDING BY BULLEY & ANDREWS; 11A 00013; MOTION FOR SUMMARY JUDGMENT BEING PREPARED; ACCOUNTANT TO BE EMPLOYED; COLLECTED FINAL FUNDS FOR PREFERENCE REGARDING LANDLORD; WAITING FOR FINAL TAX RETURNS; WORKING ON CLAIMS ISSUES AND PREPARING TO SEND FINAL REPORT TO US TRUSTEE

**Initial Projected Date Of Final Report (TFR):** December 31, 2011  **Current Projected Date Of Final Report (TFR):** June 30, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-44140-BWB  
**Case Name:** HYRE ELECTRIC COMPANY, INC.  

**Taxpayer ID #:** **-***1072  
**Period Ending:** 11/17/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******98-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/10 | {6} | VERIZON | TURNOVER OF FUNDS | 1290-000 | 85.31 | | 85.31 |
| 11/19/10 | {6} | PASQUINELLI IN RECEIVERSHIP/RALLY MGMT SVC | TURNOVER | 1290-000 | 444.87 | | 530.18 |
| 11/19/10 | {6} | CHICAGO TITLE INSURANCE CO | TURNOVER | 1290-000 | 4,155.00 | | 4,685.18 |
| 11/19/10 | {6} | CHICAGO TITLE INSURANCE COMPANY | TURNOVER | 1290-000 | 5,247.00 | | 9,932.18 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 9,932.20 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,932.28 |
| 01/28/11 | {3} | GREATER ILLINOIS TITLE COMPANY | Mechanics lien proceeds turned over by title company | 1121-000 | 2,729.00 | | 12,661.28 |
| 01/28/11 | {3} | GREATER ILLINOIS TITLE COMPANY | Mechanics lien proceeds turned over by title company | 1121-000 | 5,319.80 | | 17,981.08 |
| 01/28/11 | {3} | GREAT ILLINOIS TITLE COMPANY | Mechanics lien proceeds turned over by the title company | 1121-000 | 6,207.09 | | 24,188.17 |
| 01/28/11 | {3} | GREATER ILLINOIS TITLE COMPANY | Mechanics lien proceeds turned over by the title company | 1121-000 | 20,404.40 | | 44,592.57 |
| 01/28/11 | {3} | GREATER ILINOIS TITLE COMPANY | Mechanics lien proceeds turned over by the title company | 1121-000 | 42,775.00 | | 87,367.57 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 87,367.72 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-44140, Bond# 016026455 | 2300-000 | | 70.57 | 87,297.15 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.01 | | 87,299.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.22 | | 87,301.38 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.15 | | 87,303.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.22 | | 87,305.75 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 87,306.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 87,307.20 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 167.44 | 87,139.76 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 87,140.50 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 202.97 | 86,937.53 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.98 | 86,943.51 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 86,944.22 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 178.64 | 86,765.58 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.73 | | 86,766.31 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 172.34 | 86,593.97 |

Subtotals : $87,379.95 $785.98

{} Asset reference(s)

Printed: 11/17/2014 09:53 AM V.13.15

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-44140-BWB  
**Case Name:** HYRE ELECTRIC COMPANY, INC.  
**Taxpayer ID #:** **-***1072  
**Period Ending:** 11/17/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******98-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 86,594.68 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 189.81 | 86,404.87 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.73 | | 86,405.60 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 177.54 | 86,228.06 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.73 | | 86,228.79 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 188.50 | 86,040.29 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-44140, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 74.45 | 85,965.84 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.40 | 85,795.44 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 175.80 | 85,619.64 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 169.60 | 85,450.04 |
| 05/25/12 | 1003 | ILLINOIS DEPT OF REVENUE | FEIN: 26-2181072/2011 - IL 1120 ST-V | 2820-000 | | 1,270.00 | 84,180.04 |
| 05/25/12 | 1004 | ILLINOIS DEPT OF REVENUE | FEIN: 26-218107/2010 - IL 1120 ST-X | 2820-000 | | 149.00 | 84,031.04 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 192.63 | 83,838.41 |
| 06/12/12 | 1005 | UPS | INV#0000FA7336222 | 2990-000 | | 18.14 | 83,820.27 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 166.60 | 83,653.67 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.84 | 83,470.83 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 176.74 | 83,294.09 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 159.30 | 83,134.79 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 187.39 | 82,947.40 |
| 11/09/12 | {2} | PEOPLE FIRST BANK | RELEASE OF FUNDS HELD IN ACCOUNTS | 1129-000 | 11,146.36 | | 94,093.76 |
| 11/12/12 | 1006 | HIGH POINT PLAZA LLC | SETTLEMENT AND COMPROMISE PER ORDER OF 11/2/12 | 4220-000 | | 2,500.00 | 91,593.76 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.91 | 91,410.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.09 | 91,228.76 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 91,228.76 | 0.00 |

|  |  | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 98,528.48 | 98,528.48 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 91,228.76 | |
| | | **Subtotal** | | 98,528.48 | 7,299.72 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$98,528.48** | **$7,299.72** | |

{} Asset reference(s)  Printed: 11/17/2014 09:53 AM  V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-44140-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** HYRE ELECTRIC COMPANY, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******98-66 - Checking Account |
| **Taxpayer ID #:** **-***1072 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/17/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)      Printed: 11/17/2014 09:53 AM    V.13.15

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-44140-BWB  
**Case Name:** HYRE ELECTRIC COMPANY, INC.  

**Taxpayer ID #:** **-***1072  
**Period Ending:** 11/17/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 91,228.76 | | 91,228.76 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.94 | 91,088.82 |
| 02/13/13 | 11007 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44140, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 87.07 | 91,001.75 |
| 02/13/13 | 11007 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44140, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -87.07 | 91,088.82 |
| 02/13/13 | 11008 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44140, bond#016026455 | 2300-000 | | 87.07 | 91,001.75 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.25 | 90,879.50 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.35 | 90,753.15 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.23 | 90,613.92 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.67 | 90,479.25 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.46 | 90,357.79 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.96 | 90,214.83 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.75 | 90,085.08 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.25 | 89,959.83 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.34 | 89,817.49 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.57 | 89,696.92 |
| 12/10/13 | 11009 | INNOVALAW, PC | COMPENSATION TO TRUSTEE'S COUNSEL | 3210-000 | | 5,305.00 | 84,391.92 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.12 | 84,252.80 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.22 | 84,127.58 |
| 02/03/14 | 11010 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-44140, BOND#016026455 | 2300-000 | | 70.57 | 84,057.01 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.90 | 83,944.11 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.71 | 83,827.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.62 | 83,698.78 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.38 | 83,578.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.20 | 83,462.20 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.06 | 83,330.14 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.86 | 83,214.28 |

Subtotals :     $91,228.76     $8,014.48

{} Asset reference(s)  

Printed: 11/17/2014 09:53 AM     V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-44140-BWB
**Case Name:** HYRE ELECTRIC COMPANY, INC.

**Taxpayer ID #:** **-***1072
**Period Ending:** 11/17/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******1265 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **91,228.76** | **8,014.48** | **$83,214.28** |
| | | | Less: Bank Transfers | | 91,228.76 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **8,014.48** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,014.48** | |

| | |
|---|---|
| Net Receipts : | 98,528.48 |
| Net Estate : | $98,528.48 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******98-65** | **98,528.48** | **7,299.72** | **0.00** |
| **Checking # ****-******98-66** | **0.00** | **0.00** | **0.00** |
| **Checking # ******1265** | **0.00** | **8,014.48** | **83,214.28** |
| | **$98,528.48** | **$15,314.20** | **$83,214.28** |

# **E X H I B I T   C**
## **ANALYSIS OF CLAIMS REGISTER**

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-44140-BWB
**Debtor Name:** HYRE ELECTRIC COMPANY, INC.

Page: 1

**Date:** November 17, 2014
**Time:** 09:53:26 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $8,176.42 | $0.00 | 8,176.42 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $7,665.00 | $0.00 | 7,665.00 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $92.47 | $0.00 | 92.47 |
| ADMIN4 200 | INNOVALAW, PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Admin Ch. 7 | | $5,305.00 | $5,305.00 | 0.00 |
| 20P 520 | Electrical Insurance Trustees<br>c/o Tenney & Bentley, LLC<br>111 W. Washington St., Ste. 1900<br>Chicago, IL 60602 | Priority | | $75,847.03 | $0.00 | 75,847.03 |
| 31P-3 520 | National Electrical Benefit Fund<br>Attn J Hawkins<br>2400 Research Blvd Ste 500<br>Rockville, MD 55643-00 | Priority | | $5,009.01 | $0.00 | 5,009.01 |
| 34P-2 520 | IBEW Local 701<br>c/o John F. Etzkorn, Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | Priority | | $10,366.04 | $0.00 | 10,366.04 |
| 35P-2 520 | IBEW Local 150<br>c/o John F. Etzkorn, Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | Priority | | $29,592.20 | $0.00 | 29,592.20 |
| 1P 570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $56,531.62 | $0.00 | 56,531.62 |
| 19P-2 570 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $374,929.27 | $0.00 | 374,929.27 |
| 29P 570 | Chicago Department of Revenue<br>Bankruptcy Unit<br>121 N. Lasalle Street-Room 107A<br>Chicago, IL 60602 | Priority | | $22,862.00 | $0.00 | 22,862.00 |
| 26 250 | Harris N.A.<br>Michael T. Benz Chapman & Cutler LLP<br>111 W. Monroe St. Ste 1400<br>Chicago, IL 60603 | Secured | | $4,789,962.70 | $0.00 | 4,789,962.70 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-44140-BWB  
**Debtor Name:** HYRE ELECTRIC COMPANY, INC.

Page: 2

**Date:** November 17, 2014  
**Time:** 09:53:26 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1S 560 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Secured | | $22,161.06 | $0.00 | 22,161.06 |
| 23S 560 | Bulley & Andrews, LLC/Ujamaa Construction, Inc<br>John S Mrowiec Conway & Mrowiec<br>20 South Clark Ste 1000<br>Chicago, IL 60603 | Secured | withdrawn | $0.00 | $0.00 | 0.00 |
| 24 -2 560 | High Point Plaza, LLC<br>David G Trout<br>303 W Madison Ste 1925<br>Chicago, IL 60606 | Secured | | $2,500.00 | $2,500.00 | 0.00 |
| 2 610 | Englewood Electric Supply, division of WESCO Distribution Inc,James P Ziegeler Stone & Korey,1 E Wacker Drive Ste 2610<br>Chicago, IL 60601 | Unsecured | | $163,192.30 | $0.00 | 163,192.30 |
| 3 610 | Active Electrical Supply Company<br>James P Ziegler Stone Pogrund & Korey<br>1 E Wacker Drive Ste 2610<br>Chicago, IL 60601 | Unsecured | | $97,069.93 | $0.00 | 97,069.93 |
| 4 610 | Crescent Electric Supply Company<br>James P Ziegler Stone Pogrund & Korey<br>1 E Wacker Drive Ste 2610<br>Chicago, IL 60601 | Unsecured | | $879,861.69 | $0.00 | 879,861.69 |
| 5 610 | Integrated Design & Supply<br>111 Erick St. #114<br>Crystal Lake, IL 60014 | Unsecured | | $563.92 | $0.00 | 563.92 |
| 6 610 | Contractors Adjustment Company<br>570 Lake Cook Rd., Suite305<br>Deerfield, IL 60015 | Unsecured | | $2,050.00 | $0.00 | 2,050.00 |
| 7 610 | Lift Works,Inc.<br>1130 Carolina Ave., Ste F<br>West Chicago, IL 60185 | Unsecured | | $12,187.26 | $0.00 | 12,187.26 |
| 8 610 | Trade Service Corporation<br>15092 Avenue of Science<br>San Diego, CA 92128 | Unsecured | | $1,008.32 | $0.00 | 1,008.32 |
| 9 610 | Nortech Telecommunications, Inc.<br>851 Busse Rd.<br>Elk Grove Village, IL 60007 | Unsecured | | $450.00 | $0.00 | 450.00 |
| 10 610 | Tree Towns Reprographics, Inc.<br>542 Spring Rd.<br>Elmhurst, IL 60126 | Unsecured | | $112.92 | $0.00 | 112.92 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-44140-BWB  
**Debtor Name:** HYRE ELECTRIC COMPANY, INC.

Page: 3

**Date:** November 17, 2014  
**Time:** 09:53:26 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | Advance Electrical Supply Co., Inc. c/o Adam C. Toosley,Clark Hill PLC,150 N. Michigan Ave. #2700 Chicago, IL 60601 | Unsecured | | $178,194.97 | $0.00 | 178,194.97 |
| 12 610 | Recco Tool & Supply 8805 Joliet Rd McCook, IL 60525 | Unsecured | | $297.90 | $0.00 | 297.90 |
| 13 610 | Fedex Customer Information Services assignee Fedex Express/Fedex Ground, Memphis, TN 38116 | Unsecured | | $674.05 | $0.00 | 674.05 |
| 14 610 | High Rise Security Systems 762 burr Oak Dr. Westmont, IL 60559 | Unsecured | | $15,065.49 | $0.00 | 15,065.49 |
| 15 610 | Marty J. Schwartz, P.C. 70 W. Madison Street Suite 4500 Chicago, IL 60602 | Unsecured | | $22,963.91 | $0.00 | 22,963.91 |
| 16 610 | Auto-Owners Insurance Company P O Box 30660 Lansing, MI 48909-8160 | Unsecured | | $12,723.29 | $0.00 | 12,723.29 |
| 17 610 | Auto-Owners Insurance Company P O Box 30660 Lansing, MI 48909-8160 | Unsecured | | $12,723.29 | $0.00 | 12,723.29 |
| 18 610 | Delta- Therm 398 W. Liberty St. Wauconda, IL 60084 | Unsecured | | $3,656.26 | $0.00 | 3,656.26 |
| 19U-2 610 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $137,691.50 | $0.00 | 137,691.50 |
| 20U 610 | Electrical Insurance Trustees c/o Tenney & Bentley, LLC 111 W. Washington St., Ste. 1900 Chicago, IL 60602 | Unsecured | | $21,770.48 | $0.00 | 21,770.48 |
| 21 610 | IMC Connect, Inc. 207 E. Ohio # 293 Chicago, IL 60611 | Unsecured | | $22,579.37 | $0.00 | 22,579.37 |
| 22 610 | Edward Mattox 24844 Lake Forest Lane Shorewood, IL 60404 | Unsecured | | $511,500.00 | $0.00 | 511,500.00 |
| 23U 610 | Bulley & Andrews, LLC/Ujamaa Construction, Inc John S Mrowiec Conway & Mrowiec 20 South Clark Ste 1000 Chicago, IL 60603 | Unsecured | | $13,628.00 | $0.00 | 13,628.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-44140-BWB  
**Debtor Name:** HYRE ELECTRIC COMPANY, INC.

Page: 4

**Date:** November 17, 2014  
**Time:** 09:53:26 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 24 610 | High Point Plaza, LLC | Unsecured | | $50,065.32 | $0.00 | 50,065.32 |
| 25 610 | Douglas Tibble<br>101 N. Washington Street<br>Naperville, IL 60540 | Unsecured | | $41,454.36 | $0.00 | 41,454.36 |
| 27 610 | Chicago Department of Revenue<br>Bankruptcy Unit<br>121 N. Lasalle Street-Room 107A<br>Chicago, IL 60602 | Unsecured | | $404.00 | $0.00 | 404.00 |
| 28 610 | Chicago Department of Revenue<br>Bankruptcy Unit<br>121 N. Lasalle Street-Room 107A<br>Chicago, IL 60602 | Unsecured | | $765.64 | $0.00 | 765.64 |
| 29U 610 | Chicago Department of Revenue<br>Bankruptcy Unit<br>121 N. Lasalle Street-Room 107A<br>Chicago, IL 60602 | Unsecured | | $22,862.00 | $0.00 | 22,862.00 |
| 30 610 | All- Tech Electrical Const. Co.<br>4645 West 138th St.<br>Crestwood, IL 60445 | Unsecured | | $18,836.79 | $0.00 | 18,836.79 |
| 31U-3 610 | National Electrical Benefit Fund<br>Attn J Hawkins<br>2400 Research Blvd Ste 500<br>Rockville, MD 55643-00 | Unsecured | | $7,666.42 | $0.00 | 7,666.42 |
| 32 620 | IBEW Local 176<br>c/o John F. Etzkorn, Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 33 620 | IBEW Local 117<br>c/o John F. Etzkorn, Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | Unsecured | | $16,483.50 | $0.00 | 16,483.50 |
| 34U-2 620 | IBEW Local 701<br>c/o John F. Etzkorn, Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | Unsecured | | $45,000.83 | $0.00 | 45,000.83 |
| 35U-2 620 | IBEW Local 150<br>c/o John F. Etzkorn, Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | Unsecured | | $67,284.80 | $0.00 | 67,284.80 |
| 36 -2 620 | IBEW Local 461<br>c/o John F. Etzkorn, Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604 | Unsecured | | $2,355.44 | $0.00 | 2,355.44 |
| **<< Totals >>** | | | | 7,794,143.77 | 7,805.00 | 7,786,338.77 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                   Exhibit D

Case No.: 10-44140-BWB
Case Name: HYRE ELECTRIC COMPANY, INC.
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**                          $          83,214.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 22,161.06 | 22,161.06 | 0.00 | 0.00 |
| 23S | Bulley & Andrews, LLC/Ujamaa Construction, Inc | 54,767.52 | 0.00 | 0.00 | 0.00 |
| 24 -2 | High Point Plaza, LLC | 52,565.32 | 2,500.00 | 2,500.00 | 0.00 |
| 26 | Harris N.A. | 4,789,962.70 | 4,789,962.70 | 0.00 | 67,280.39 |

Total to be paid to secured creditors:   $     67,280.39
Remaining balance:                       $     15,933.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 8,176.42 | 0.00 | 8,176.42 |
| Accountant for Trustee, Fees - Alan D. Lasko | 7,665.00 | 0.00 | 7,665.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 92.47 | 0.00 | 92.47 |

Total to be paid for chapter 7 administration expenses:   $     15,933.89
Remaining balance:                                        $          0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                            $          0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $575,137.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Illinois Department of Employment Security | 56,531.62 | 0.00 | 0.00 |
| 19P-2 | Department of the Treasury | 374,929.27 | 0.00 | 0.00 |
| 20P | Electrical Insurance Trustees | 75,847.03 | 0.00 | 0.00 |
| 29P | Chicago Department of Revenue | 22,862.00 | 0.00 | 0.00 |
| 31P-3 | National Electrical Benefit Fund | 5,009.01 | 0.00 | 0.00 |
| 34P-2 | IBEW Local 701 | 10,366.04 | 0.00 | 0.00 |
| 35P-2 | IBEW Local 150 | 29,592.20 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,252,019.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Englewood Electric Supply, division of | 163,192.30 | 0.00 | 0.00 |
| 3 | Active Electrical Supply Company | 97,069.93 | 0.00 | 0.00 |
| 4 | Crescent Electric Supply Company | 879,861.69 | 0.00 | 0.00 |
| 5 | Integrated Design & Supply | 563.92 | 0.00 | 0.00 |
| 6 | Contractors Adjustment Company | 2,050.00 | 0.00 | 0.00 |
| 7 | Lift Works, Inc. | 12,187.26 | 0.00 | 0.00 |
| 8 | Trade Service Corporation | 1,008.32 | 0.00 | 0.00 |
| 9 | Nortech Telecommunications, Inc. | 450.00 | 0.00 | 0.00 |
| 10 | Tree Towns Reprographics, Inc. | 112.92 | 0.00 | 0.00 |
| 11 | Advance Electrical Supply Co., Inc. | 178,194.97 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 12 | Recco Tool & Supply | 297.90 | 0.00 | 0.00 |
| 13 | Fedex Customer Information Services | 674.05 | 0.00 | 0.00 |
| 14 | High Rise Security Systems | 15,065.49 | 0.00 | 0.00 |
| 15 | Marty J. Schwartz, P.C. | 22,963.91 | 0.00 | 0.00 |
| 16 | Auto-Owners Insurance Company | 12,723.29 | 0.00 | 0.00 |
| 17 | Auto-Owners Insurance Company | 12,723.29 | 0.00 | 0.00 |
| 18 | Delta- Therm | 3,656.26 | 0.00 | 0.00 |
| 19U-2 | Department of the Treasury | 137,691.50 | 0.00 | 0.00 |
| 20U | Electrical Insurance Trustees | 21,770.48 | 0.00 | 0.00 |
| 21 | IMC Connect, Inc. | 22,579.37 | 0.00 | 0.00 |
| 22 | Edward Mattox | 511,500.00 | 0.00 | 0.00 |
| 23U | Bulley & Andrews, LLC/Ujamaa Construction, Inc | 13,628.00 | 0.00 | 0.00 |
| 24 | High Point Plaza, LLC | 50,065.32 | 0.00 | 0.00 |
| 25 | Douglas Tibble | 41,454.36 | 0.00 | 0.00 |
| 27 | Chicago Department of Revenue | 404.00 | 0.00 | 0.00 |
| 28 | Chicago Department of Revenue | 765.64 | 0.00 | 0.00 |
| 29U | Chicago Department of Revenue | 22,862.00 | 0.00 | 0.00 |
| 30 | All- Tech Electrical Const. Co. | 18,836.79 | 0.00 | 0.00 |
| 31U-3 | National Electrical Benefit Fund | 7,666.42 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 131,124.57 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 32 | IBEW Local 176 | 0.00 | 0.00 | 0.00 |
| 33 | IBEW Local 117 | 16,483.50 | 0.00 | 0.00 |
| 34U-2 | IBEW Local 701 | 45,000.83 | 0.00 | 0.00 |
| 35U-2 | IBEW Local 150 | 67,284.80 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 36 -2 | IBEW Local 461 | 2,355.44 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**