**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HYRE ELECTRIC COMPANY, INC.   § Case No. 10-44140-BWB
                                     §
                                     §
Debtor(s)                            §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE   , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:00AM on 01/09/2015 in Courtroom         , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/02/2014         By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                                 Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HYRE ELECTRIC COMPANY, INC.           §    Case No. 10-44140-BWB
                                             §
                                             §
Debtor(s)                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 98,528.48 |
| *and approved disbursements of* | $ 15,314.20 |
| *leaving a balance on hand of* [1] | $ 83,214.28 |
| **Balance on hand:** | $ 83,214.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 22,161.06 | 22,161.06 | 0.00 | 0.00 |
| 23S | Bulley & Andrews, LLC/Ujamaa Construction, Inc | 54,767.52 | 0.00 | 0.00 | 0.00 |
| 24 -2 | High Point Plaza, LLC | 52,565.32 | 2,500.00 | 2,500.00 | 0.00 |
| 26 | Harris N.A. | 4,789,962.70 | 4,789,962.70 | 0.00 | 67,280.39 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 67,280.39 |
| Remaining balance: | $ 15,933.89 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 8,176.42 | 0.00 | 8,176.42 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 5,305.00 | 5,305.00 | 0.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 7,665.00 | 0.00 | 7,665.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 92.47 | 0.00 | 92.47 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administration expenses: | $ | 15,933.89 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $575,137.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 56,531.62 | 0.00 | 0.00 |
| 19P-2 | Department of the Treasury | 374,929.27 | 0.00 | 0.00 |
| 20P | Electrical Insurance Trustees | 75,847.03 | 0.00 | 0.00 |
| 29P | Chicago Department of Revenue | 22,862.00 | 0.00 | 0.00 |
| 31P-3 | National Electrical Benefit Fund | 5,009.01 | 0.00 | 0.00 |
| 34P-2 | IBEW Local 701 | 10,366.04 | 0.00 | 0.00 |
| 35P-2 | IBEW Local 150 | 29,592.20 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 2,252,019.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Englewood Electric Supply, division of | 163,192.30 | 0.00 | 0.00 |
| 3 | Active Electrical Supply Company | 97,069.93 | 0.00 | 0.00 |
| 4 | Crescent Electric Supply Company | 879,861.69 | 0.00 | 0.00 |
| 5 | Integrated Design & Supply | 563.92 | 0.00 | 0.00 |
| 6 | Contractors Adjustment Company | 2,050.00 | 0.00 | 0.00 |
| 7 | Lift Works,Inc. | 12,187.26 | 0.00 | 0.00 |
| 8 | Trade Service Corporation | 1,008.32 | 0.00 | 0.00 |
| 9 | Nortech Telecommunications, Inc. | 450.00 | 0.00 | 0.00 |
| 10 | Tree Towns Reprographics, Inc. | 112.92 | 0.00 | 0.00 |
| 11 | Advance Electrical Supply Co., Inc. | 178,194.97 | 0.00 | 0.00 |
| 12 | Recco Tool & Supply | 297.90 | 0.00 | 0.00 |
| 13 | Fedex Customer Information Services | 674.05 | 0.00 | 0.00 |
| 14 | High Rise Security Systems | 15,065.49 | 0.00 | 0.00 |
| 15 | Marty J. Schwartz, P.C. | 22,963.91 | 0.00 | 0.00 |
| 16 | Auto-Owners Insurance Company | 12,723.29 | 0.00 | 0.00 |
| 17 | Auto-Owners Insurance Company | 12,723.29 | 0.00 | 0.00 |
| 18 | Delta- Therm | 3,656.26 | 0.00 | 0.00 |
| 19U-2 | Department of the Treasury | 137,691.50 | 0.00 | 0.00 |
| 20U | Electrical Insurance Trustees | 21,770.48 | 0.00 | 0.00 |
| 21 | IMC Connect, Inc. | 22,579.37 | 0.00 | 0.00 |
| 22 | Edward Mattox | 511,500.00 | 0.00 | 0.00 |
| 23U | Bulley & Andrews, LLC/Ujamaa Construction, Inc | 13,628.00 | 0.00 | 0.00 |
| 24 | High Point Plaza, LLC | 50,065.32 | 0.00 | 0.00 |
| 25 | Douglas Tibble | 41,454.36 | 0.00 | 0.00 |
| 27 | Chicago Department of Revenue | 404.00 | 0.00 | 0.00 |
| 28 | Chicago Department of Revenue | 765.64 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 29U | Chicago Department of Revenue | 22,862.00 | 0.00 | 0.00 |
| 30 | All- Tech Electrical Const. Co. | 18,836.79 | 0.00 | 0.00 |
| 31U-3 | National Electrical Benefit Fund | 7,666.42 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 131,124.57 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 32 | IBEW Local 176 | 0.00 | 0.00 | 0.00 |
| 33 | IBEW Local 117 | 16,483.50 | 0.00 | 0.00 |
| 34U-2 | IBEW Local 701 | 45,000.83 | 0.00 | 0.00 |
| 35U-2 | IBEW Local 150 | 67,284.80 | 0.00 | 0.00 |
| 36 -2 | IBEW Local 461 | 2,355.44 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 10-44140-BWB
Hyre Electric Company, Inc.                                                   Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 4              Date Rcvd: Dec 03, 2014
                               Form ID: pdf006             Total Noticed: 120

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2014.
```
db              +Hyre Electric Company, Inc.,   1230 West Jefferson Street,   Shorewood, IL 60404-0700
16219496        +ARS Contracting,   9540 S. Carls Dr.,   Plainfield, IL 60585-9762
16219497        +ASA Chicago,   3150 River Rd., Suite 101,   Des Plaines, IL 60018-4205
16219499        +AT & T,   P. O. Box 90001309,   Louisville, KY 40290
16219485        +Abatangelo - Hanson, Ltd.,   53 W. Jackson Blvd, Suite 18150,   Chicago, IL 60604-3606
16219487        +Active Electric,   4240 W. Lawrence Ave.,   Chicago, IL 60630-2798
16447524        +Active Electrical Supply Company,   James P Ziegler Stone Pogrund & Korey,
                  1 E Wacker Drive Ste 2610,   Chicago, Il 60601-2001
16561121        +Advance Electrical Supply Co., Inc.,   c/o Adam C. Toosley,   Clark Hill PLC,
                  150 N. Michigan Ave. #2700,   Chicago, IL 60601-7576
16219490        +Airgas North Central,   P. O. Box 802588,   Chicago, IL 60680-2588
16219491        +All- Tech Electrical Const. Co.,   4645 West 138th St.,   Crestwood, IL 60445-1930
16219492        +Allied Waste Services #719,   P. O. Box 9001154,   Louisville, KY 40290-1154
16219494        +Alnian Construction,   3880 Milwaukee Ave.,   Chicago, IL 60641-2821
16219495        +Anixter Wire & Cable,   P.O. Box 847428,   Dallas, TX 75284-7428
16219498        +Associate Area Counsel, SB/SE,   200 W. Adams Street, Suite 2300,   Chicago, IL 60606-5231
16219504        +Aurora Tri-State,   1018 Corporate Blvd.,   Aurora, IL 60505
16219505        +Auto- Owners Insurance,   P. O. Box 30315,   Lansing, MI 48909-7815
16683228         Auto-Owners Insurance Company,   P O Box 30660,   Lansing, MI 48909-8160
16219506        +Beverly Stevenson(Llavone),   3088 Verdmont Lane,   Wellington, FL 33414-3457
16219507        +Bob's Bullet Boring, Inc.,   3701 Charlemaine Dr.,   Aurora, IL 60504-6574
16219508        +Broadwing Communications, LLC.,   P. O. Box 952061,   Saint Louis, MO 63195-2061
16219509        +Buesing Brothers, Inc.,   37 Linden Ave.,   Yorkville, IL 60560-9570
16219510        +Builders Lighting & Design, Inc.,   11400 Melrose,   Franklin Park, IL 60131-1325
16792834        +Bulley & Andrews, LLC/Ujamaa Construction, Inc,   John S Mrowiec Conway & Mrowiec,
                  20 South Clark Ste 1000,   Chicago, Il 60603-1825
16219512        +CIMCO Communications, Inc.,   PO Box 95900,   Chicago, IL 60694-5900
16219521        +CW Olson,   1701 golf Rd, Tower 3,   Rolling Meadows, IL 60008-4267
16811596        +Chicago Department of Revenue,   Bankruptcy Unit,   121 N. Lasalle Street-Room 107A,
                  Chicago, IL 60602-1232
16219511        +Chicago Suburban Express,   P.O. Box 388568,   Chicago, IL 60638-8568
16219513        +City of Chicago- Dept of Revenue,   333 S. State St,   Suite 300,   Chicago, IL 60604-3982
16219515        +Commercial Electronic Systems,   2447 Reeves Rd.,   Joliet, IL 60436-9538
16219516        +Commerical Lighting Industries,   81161 Indio Blvd.,   Indio, CA 92201-1931
16219517        +Communications Supply,   200 E. Lies Road,   Carol Stream, IL 60188-9418
16219518        +Construction Resource Technology, Inc.,   One Oakbrook Center, Suite 510,
                  Oakbrook Terrace, IL 60181-4455
16219520        +Core-vett Con. Coring & Sawing,   510 Higgins. Rd.,   Park Ridge, IL 60068-5712
16453807        +Crescent Electric Supply Company,   James P Ziegler Stone Pogrund & Korey,
                  1 E Wacker Drive Ste 2610,   Chicago, Il 60601-2001
16219522        +D. Patrick Mullarkey,   Tax Division,   P.O. Box 55,   Washington, DC 20044-0055
16219523        +Delta- Therm,   398 W. Liberty St.,   Wauconda, IL 60084-3463
16219524        +Dick's Towing,   911 N. Broadway St.,   Joliet, IL 60435-6209
16219525        +Douglas Tibble,   101 N. Washington Street,   Naperville, IL 60540-4511
16219529         ERI Electrical Resources,   2323 W. Washington Ave., Ste 200,   Titusville, FL 32780
16219526        +Eastland Industries,   4115 W. Washigton Blvd.,   Hillside, IL 60162-1126
16302588        +Edward Mattox,   24844 Lake Forest Lane,   Shorewood, IL 60404-8197
16694422        +Electrical Insurance Trustees,   c/o Tenney & Bentley, LLC,   111 W. Washington St., Ste. 1900,
                  Chicago, IL 60602-2713
16219527        +Electrical Solutions Network,   303 Turnbridge Dr.,   Shorewood, IL 60404-0586
16447511        +Englewood Electric Supply, division of,   WESCO Distribution Inc,
                  James P Ziegeler Stone & Korey,   1 E Wacker Drive Ste 2610,   Chicago, Il 60601-2001
16219530        +Facility Solutions Group,   1045 Entry Dr.,   Bensenville, IL 60106-3314
16219531        +FedX,   P.O. Box 94515,   Palatine, IL 60094-4515
16595734        +Fedex Customer Information Services,   assignee Fedex Express/Fedex Ground,
                  Attn Revenue Recovery/Bankruptcy,   3965 Airways Blvd Module G 3rd Floor,
                  Memphis, TN 38116-5017
16219533        +GEM Electric Supply, Inc.,   3135 W. 95th St.,   Evergreen Park, IL 60805-2344
16219534        +General Electric Company,   PO Box 640506,   Pittsburgh, PA 15264-0506
16219535        +Gexpro,   PO Box 100275,   Atlanta, GA 30384-0275
16376693        +Harris Bank,   P O Box 2880,   Chicago, Il 60690-2880
16219537        +Harris Bank N.A.,   P.O. Box 2880,   Chicago, IL 60690-2880
16809136        +Harris N.A.,   Michael T. Benz Chapman & Cutler LLP,   111 W. Monroe St. Ste 1400,
                  Chicago, IL 60603-4096
16219538        +High Point Plaza, LLC,   David G Trout,   303 W Madison Ste 1925,   Chicago, Il 60606-3304
16219540        +Hinkley Springs,   PO Box 660579,   Dallas, TX 75266-0579
16942034        +IBEW Local 117,   c/o John F. Etzkorn, Arnold and Kadjan,   19 W. Jackson Blvd., Suite 300,
                  Chicago, IL 60604-3910
16942085        +IBEW Local 150,   c/o John F. Etzkorn, Arnold and Kadjan,   19 W. Jackson Blvd., Suite 300,
                  Chicago, IL 60604-3910
16942016        +IBEW Local 176,   c/o John F. Etzkorn, Arnold and Kadjan,   19 W. Jackson Blvd., Suite 300,
                  Chicago, IL 60604-3910
16942087        +IBEW Local 461,   c/o John F. Etzkorn, Arnold and Kadjan,   19 W. Jackson Blvd., Suite 300,
                  Chicago, IL 60604-3910
```

```
District/off: 0752-1           User: pseamann              Page 2 of 4                   Date Rcvd: Dec 03, 2014
                               Form ID: pdf006            Total Noticed: 120


16942049       +IBEW Local 701,    c/o John F. Etzkorn, Arnold and Kadjan,     19 W. Jackson Blvd., Suite 300,
                 Chicago, IL 60604-3910
16219543       +IMC Connect, Inc.,    207 E. Ohio # 293,    Chicago, IL 60611-3238
16375711       +Illinois Department of Employment Security,     33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
16219541       +Illinois Dept. of Employment Security,     PO Box 803414,    Chicago, IL 60680-3414
16219542       +Illinois Paper & Copier Co.,    6 Territorial Ct.,    Bolingbrook, IL 60440-4662
16219544       +Inland Electric Corp.,    1230 W. Jefferson St.,    Shorewood, IL 60404-0700
16219545       +Integrated Design & Supply,    111 Erick St. #114,    Crystal Lake, IL 60014-1312
16219548       +J & A Sheet Metal, Inc.,    1800 N. Campbell Ave.,    Chicago, IL 60647-4303
16219550       +LC&D Lighting Controls,    905 Allen Ave.,    Glendale, CA 91201-2019
16219551       +Legent Engraving Co, Inc.,    553 W. Carboy Rd.,    Mt. Prospect, IL 60056-5775
16219553        Litgen Concrete Cutting & Coring Co.,     120 Nerge Rd.,    Elk Grove Village, IL 60007
16219554       +Llavone Corp, Guest Chuck,    3088 Verdmont Ln.,    Wellington, FL 33414-3457
16219555       +Local 117 Benefit Trust Funds,    101 East Chicago Street,    Union Natl Bank,
                 Elgin, IL 60120-6466
16219556       +Local 134 Electrical Ins. Trustees,     350 North Orleans Street,    Receipt & Dispatch 8th floor,
                 Chicago, IL 60654-1975
16219557       +Local 134 NEBF,    Five Westrook Corp Center,    #940,    Westchester, IL 60154-5763
16219558       +Local 134 NECA,    31W007 North Avenue,    Suite 100,    West Chicago, IL 60185-1090
16219559       +Local 150 IBEW,    31290 N. US Hwy 45,    Unit B,    Libertyville, IL 60048-9784
16219560       +Local 176 NEBF,    1308 Houbolt Road,    Joliet, IL 60431-9215
16219561       +Local 176 NECA-IBEW #176,    5300 S. Cicero,    Chicago, IL 60638-3074
16219562       +Local 176 Neca-IBEW Pension Trust Fund D,     2120 Hubbard Avenue,    Decatur, IL 62526-2871
16219563       +Local 461 IBEW,    591 Sullivan Road,    Suite 100,    Aurora, IL 60506-1473
16219564        Local 697 IBEW Admin Fund,    Po Box 2006,    Michigan, IN 46361-8006
16376694       +Local 701 IBEW Fringe Benefit Fund,    28500 Bella Vista Parkway Ste 1000,
                 Warrenville, Il 60555-1601
16219565        Local 701 IBEW Fringe Benefit Fund,    135 S. LaSalle Dept. 1780,     Chicago, IL 60674-1780
16666505       +Marty J. Schwartz, P.C.,    70 W. Madison Street,    Suite 4500,    Chicago, IL 60602-4227
16219566       +Midco Electric Supply,    7237 W. 90th Pl,    Bridgeview, IL 60455-2151
16219567       +NE Neca,    31W007 North Ave,    Suite 100,    West Chicago, IL 60185-1090
16219570       +NW NEBF,    31W007 North Ave,    Suite 100,    West Chicago, IL 60185-1090
16814737       +National Electrical Benefit Fund,    Attn J Hawkins,    2400 Research Blvd Ste 500,
                 Rockville, MD 20850-3266
16219569       +Nortech Telecommunications, Inc.,    851 Busse Rd.,    Elk Grove Village, IL 60007-2442
16219571       +Personnel Concepts,    PO Box 5750,    Carol Stream, IL 60197-5750
16219574       +Quill Corporation,    PO Box 37600,    Philadelphia, PA 19101-0600
16219575       +Recco Tool & Supply,    8805 Joliet Rd,    McCook, IL 60525-3270
16219576       +Ross Barney Architects,    10 W. Hubbard Street,    Chicago, IL 60654-7577
16219579       +Springer Blue Print Service,    10640 S. Western Ave.,    Chicago, IL 60643-3134
16219582       +Stevenson Crane Service, Inc.,    410 Stevenson Dr.,    Bolingbrook, IL 60440-3094
16219583       +Swift Saw & Tool Supply,    1200 W. 171 St,    Hazel Crest, IL 60429-1905
16219584       +System Development Integration,    33 W. Monroe St. , Ste 400,     Chicago, IL 60603-5335
16219585       +The IDM Group,    PO Box 46466,    Plymouth, MN 55446-0466
16219587       #+Tree Towns Reprographics, Inc.,    542 Spring Rd.,    Elmhurst, IL 60126-3893
16219588       +Unit Step Company, Inc.,    1515 Channahon Rd. (Rt6),    Joliet, IL 60436-9516
16219589       +United States Attorney,    219 S. Dearborn Street,    Chicago, IL 60604-1708
16219590       +West Ben Ins. Co.,    Bin 432,    Milwakee, WI 53288-0001
16219591       +Westchester Fire Insurance Co.,    1133 Avenue of the Americas,     New York, NY 10036-6710
16219592       +Will County Recycling, Inc.,    2314 Douglas St.,    Joliet, IL 60435-5410
16219593       +XO Communications,    233 S. Wacker Drive, Suite 3510,    Chicago, IL 60606-6383

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16219493       +E-mail/Text: ally@ebn.phinsolutions.com Dec 04 2014 00:51:53      ALLY (GMAC),
                 P. O. Box 9001948,    Louisville, KY 40290-1948
16219500       +E-mail/Text: g17768@att.com Dec 04 2014 00:52:00      AT &T,    PO Box 5019,
                 Carol Stream, IL 60197-5019
16219501       +E-mail/Text: g17768@att.com Dec 04 2014 00:52:01      AT&T,    PO Box 8100,
                 Aurora, IL 60507-8100
16219502       +E-mail/Text: g20956@att.com Dec 04 2014 00:53:52      AT&T Mobility,    P O Box 6463,
                 Carol Stream, IL 60197-6463
16219486       +E-mail/Text: michael.akins@accu-tech.com Dec 04 2014 00:52:07      Accu-tech Corporation,
                 PO Box 840781,    Dallas, TX 75284-0781
16219514       +E-mail/Text: legalcollections@comed.com Dec 04 2014 00:53:54      Com Ed,    3 Lincoln Center,
                 Oak Brook Terrace, IL 60181-4204
16219519       +E-mail/Text: sboren@cacliens.com Dec 04 2014 00:52:39      Contractors Adjustment Company,
                 570 Lake Cook Rd., Suite305,    Deerfield, IL 60015-4952
16219547        E-mail/Text: cio.bncmail@irs.gov Dec 04 2014 00:52:17      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
16219532       +E-mail/Text: bankruptcy@wrightexpress.com Dec 04 2014 00:52:46      Fleet Services,
                 PO Box 6293,    Carol Stream, IL 60197-6293
16219536       +E-mail/Text: scd_bankruptcynotices@grainger.com Dec 04 2014 00:52:47      Grainger, Inc.,
                 Dept 814464905,    Palatine, IL 60038-0001
16219568       +E-mail/Text: bankrup@aglresources.com Dec 04 2014 00:51:50      Nicor,    PO Box 0632,
                 Aurora, IL 60507-0632
16219572       +E-mail/Text: bankruptcy@pb.com Dec 04 2014 00:53:56      Pitney Bowes,    PO Box 856460,
                 Louisville, KY 40285-6460
16219580        E-mail/Text: appebnmailbox@sprint.com Dec 04 2014 00:52:44      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197
```

```
District/off: 0752-1                  User: pseamann                Page 3 of 4                  Date Rcvd: Dec 03, 2014
                                      Form ID: pdf006               Total Noticed: 120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16219581         E-mail/Text: appebnmailbox@sprint.com Dec 04 2014 00:52:44       Sprint-Nextel,    PO Box 4181,
                 Carol Stream, IL 60197
16219578        +E-mail/Text: bankruptcy@simplexgrinnell.com Dec 04 2014 00:52:59        Simplex Grinnell,
                 91 N. Mitchell Ct.,   Addison, IL 60101-5608
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Firm of InnovaLaw P.C.
16219546*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114)
16219488       ##+Advance Electric,    2050 S. Lake St.,   Mundelein, IL 60060-4233
16219489       ##+Advance Electrical,    2050 S. Lake St.,   Mundelein, IL 60060-4233
16219503       ##+Atlas Corporate & Notary Supply Co.,    8107 Ridgeway,   Skokie, IL 60076-3352
16219528       ##+Englewood Electric Supply,    41 N. Livery Blvd.,   Elk Grove, Il 60007-1320
16219539       ##+High Rise Security Systems,    762 burr Oak Dr.,   Westmont, IL 60559-1122
16219549       ##+KCW Environmental Conditioning,    849 Main St.,   Glen Ellyn, IL 60137-3674
16219552       ##+Lift Works,Inc.,    1130 Carolina Ave., Ste F,   West Chicago, IL 60185-5163
16219573       ##+Production Distribution Co.,    3815 W. 127th St.,   Alsip, IL 60803-1505
16219577       ##+SCI Communications, Inc.,    PO Box 38,   New Lenox, IL 60451-0038
16219586       ##+Trade Service Corporation,    15092 Avenue of Science,   San Diego, CA 92128-3404
                                                                                          TOTALS: 1, * 1, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2014 at the address(es) listed below:
              Adam C Toosley    on behalf of Creditor    Advance Electrical Supply Co., Inc.
               atoosley@freeborn.com, jschmidt@freeborn.com
              Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
              David E Grochocinski    on behalf of Attorney    InnovaLaw, P.C. lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    on behalf of Defendant Thomas B Sullivan lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David P Lloyd    on behalf of Defendant Thomas B Sullivan courtdocs@davidlloydlaw.com
              David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              Erik  Nelson    on behalf of Creditor    Bulley & Andrews, LLC/Ujamaa Construction, Inc.
               ern@cmcontractors.com
              Erik  Nelson    on behalf of Plaintiff    Bulley & Andrews, LLC/Ujamaa Construction, Inc.
               ern@cmcontractors.com
              James P. Ziegler    on behalf of Creditor    Englewood Electric Supply, division of WESCO
               Distribution Inc. jziegler@spklaw.com
              James Patrick Sullivan    on behalf of Creditor    Harris N.A. jsulliva@chapman.com
              Michael T. Benz    on behalf of Defendant    Harris N A benz@chapman.com, eickmann@chapman.com
              Michael T. Benz    on behalf of Creditor    Harris N.A. benz@chapman.com, eickmann@chapman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rebecca D. Rosenthal    on behalf of Debtor    Hyre Electric Company, Inc. rdr@ag-ltd.com
```

```
District/off: 0752-1          User: pseamann              Page 4 of 4                  Date Rcvd: Dec 03, 2014
                              Form ID: pdf006             Total Noticed: 120
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Scott H. Kenig   on behalf of Creditor   Harris N.A. assignee of AMCORE Bank, N.A. skenig@randall-law.com
        Thomas B Sullivan   on behalf of Accountant Alan D Lasko & Associates tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
        Thomas B Sullivan   tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
        Tina M Bird   on behalf of Creditor   Advance Electrical Supply Co., Inc. tbird@freebornpeters.com
                                                                                                                                   TOTAL: 18