**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HYRE ELECTRIC COMPANY, INC.    § Case No. 10-44140-BWB
                                     §
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $23,260.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $74,780.39 | Claims Discharged Without Payment: $2,901,749.50 |
| Total Expenses of Administration: $28,748.09 | |

3) Total gross receipts of $ 103,528.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $103,528.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,919,456.60 | $4,814,623.76 | $74,780.39 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,828.09 | 28,748.09 | 28,748.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 575,137.17 | 575,137.17 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,383,143.95 | 2,383,143.95 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $7,907,565.81 | $7,801,652.97 | $103,528.48 |

    4) This case was originally filed under Chapter 7 on September 30, 2010. The case was pending for 53 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2015           By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PEOPLES BANK ACCOUNTS | 1129-000 | 11,146.36 |
| ACCOUNTS RECEIVABLE | 1121-000 | 77,435.29 |
| TURNOVER OF FUNDS | 1290-000 | 14,932.18 |
| Interest Income | 1270-000 | 14.65 |
| **TOTAL GROSS RECEIPTS** | | **$103,528.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 4800-000 | N/A | 22,161.06 | 22,161.06 | 0.00 |
| 23S | Bulley & Andrews, LLC/Ujamaa Construction, Inc | 4210-000 | N/A | 54,767.52 | 0.00 | 0.00 |
| 24 -2 | High Point Plaza, LLC | 4220-000 | N/A | 52,565.32 | 2,500.00 | 2,500.00 |
| 26 | Harris N.A. | 4210-000 | N/A | 4,789,962.70 | 4,789,962.70 | 72,280.39 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,919,456.60** | **$4,814,623.76** | **$74,780.39** |

Case 10-44140 Doc 88 Filed 03/31/15 Entered 03/31/15 11:12:25 Desc Main
Document Page 4 of 13

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 8,176.42 | 8,176.42 | 8,176.42 |
| Alan D. Lasko | 3410-000 | N/A | 7,665.00 | 7,665.00 | 7,665.00 |
| Alan D. Lasko | 3420-000 | N/A | 92.47 | 92.47 | 92.47 |
| INNOVALAW, PC | 3210-000 | N/A | 6,385.00 | 5,305.00 | 5,305.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 70.57 | 70.57 | 70.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 167.44 | 167.44 | 167.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 196.99 | 196.99 | 196.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 178.64 | 178.64 | 178.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 172.34 | 172.34 | 172.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 189.81 | 189.81 | 189.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 177.54 | 177.54 | 177.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 188.50 | 188.50 | 188.50 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 74.45 | 74.45 | 74.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 170.40 | 170.40 | 170.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 175.80 | 175.80 | 175.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 169.60 | 169.60 | 169.60 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | N/A | 1,270.00 | 1,270.00 | 1,270.00 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | N/A | 149.00 | 149.00 | 149.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 192.63 | 192.63 | 192.63 |
| UPS | 2990-000 | N/A | 18.14 | 18.14 | 18.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 166.60 | 166.60 | 166.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 182.84 | 182.84 | 182.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 176.74 | 176.74 | 176.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 159.30 | 159.30 | 159.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 187.39 | 187.39 | 187.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 182.91 | 182.91 | 182.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 182.09 | 182.09 | 182.09 |
| Rabobank, N.A. | 2600-000 | N/A | 139.94 | 139.94 | 139.94 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 87.07 | 87.07 | 87.07 |
| Rabobank, N.A. | 2600-000 | N/A | 122.25 | 122.25 | 122.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 126.35 | 126.35 | 126.35 |
| Rabobank, N.A. | 2600-000 | N/A | 139.23 | 139.23 | 139.23 |
| Rabobank, N.A. | 2600-000 | N/A | 134.67 | 134.67 | 134.67 |
| Rabobank, N.A. | 2600-000 | N/A | 121.46 | 121.46 | 121.46 |
| Rabobank, N.A. | 2600-000 | N/A | 142.96 | 142.96 | 142.96 |
| Rabobank, N.A. | 2600-000 | N/A | 129.75 | 129.75 | 129.75 |
| Rabobank, N.A. | 2600-000 | N/A | 125.25 | 125.25 | 125.25 |
| Rabobank, N.A. | 2600-000 | N/A | 142.34 | 142.34 | 142.34 |
| Rabobank, N.A. | 2600-000 | N/A | 120.57 | 120.57 | 120.57 |
| Rabobank, N.A. | 2600-000 | N/A | 139.12 | 139.12 | 139.12 |
| Rabobank, N.A. | 2600-000 | N/A | 125.22 | 125.22 | 125.22 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 70.57 | 70.57 | 70.57 |
| Rabobank, N.A. | 2600-000 | N/A | 112.90 | 112.90 | 112.90 |
| Rabobank, N.A. | 2600-000 | N/A | 116.71 | 116.71 | 116.71 |
| Rabobank, N.A. | 2600-000 | N/A | 128.62 | 128.62 | 128.62 |
| Rabobank, N.A. | 2600-000 | N/A | 120.38 | 120.38 | 120.38 |
| Rabobank, N.A. | 2600-000 | N/A | 116.20 | 116.20 | 116.20 |
| Rabobank, N.A. | 2600-000 | N/A | 132.06 | 132.06 | 132.06 |
| Rabobank, N.A. | 2600-000 | N/A | 115.86 | 115.86 | 115.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $29,828.09 | $28,748.09 | $28,748.09 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | N/A | 56,531.62 | 56,531.62 | 0.00 |
| 19P-2 | Department of the Treasury | 5800-000 | N/A | 374,929.27 | 374,929.27 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled (from Form 6F) | Claims Asserted (from Proofs of Claim) | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| 20P | Electrical Insurance Trustees | 5400-000 | N/A | 75,847.03 | 75,847.03 | 0.00 |
| 29P | Chicago Department of Revenue | 5800-000 | N/A | 22,862.00 | 22,862.00 | 0.00 |
| 31P-3 | National Electrical Benefit Fund | 5400-000 | N/A | 5,009.01 | 5,009.01 | 0.00 |
| 34P-2 | IBEW Local 701 | 5400-000 | N/A | 10,366.04 | 10,366.04 | 0.00 |
| 35P-2 | IBEW Local 150 | 5400-000 | N/A | 29,592.20 | 29,592.20 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $575,137.17 | $575,137.17 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Englewood Electric Supply, division of | 7100-000 | N/A | 163,192.30 | 163,192.30 | 0.00 |
| 3 | Active Electrical Supply Company | 7100-000 | N/A | 97,069.93 | 97,069.93 | 0.00 |
| 4 | Crescent Electric Supply Company | 7100-000 | N/A | 879,861.69 | 879,861.69 | 0.00 |
| 5 | Integrated Design & Supply | 7100-000 | N/A | 563.92 | 563.92 | 0.00 |
| 6 | Contractors Adjustment Company | 7100-000 | N/A | 2,050.00 | 2,050.00 | 0.00 |
| 7 | Lift Works, Inc. | 7100-000 | N/A | 12,187.26 | 12,187.26 | 0.00 |
| 8 | Trade Service Corporation | 7100-000 | N/A | 1,008.32 | 1,008.32 | 0.00 |
| 9 | Nortech Telecommunications, Inc. | 7100-000 | N/A | 450.00 | 450.00 | 0.00 |
| 10 | Tree Towns Reprographics, Inc. | 7100-000 | N/A | 112.92 | 112.92 | 0.00 |
| 11 | Advance Electrical Supply Co., Inc. | 7100-000 | N/A | 178,194.97 | 178,194.97 | 0.00 |
| 12 | Recco Tool & Supply | 7100-000 | N/A | 297.90 | 297.90 | 0.00 |
| 13 | Fedex Customer Information Services | 7100-000 | N/A | 674.05 | 674.05 | 0.00 |
| 14 | High Rise Security Systems | 7100-000 | N/A | 15,065.49 | 15,065.49 | 0.00 |
| 15 | Marty J. Schwartz, P.C. | 7100-000 | N/A | 22,963.91 | 22,963.91 | 0.00 |
| 16 | Auto-Owners Insurance Company | 7100-000 | N/A | 12,723.29 | 12,723.29 | 0.00 |
| 17 | Auto-Owners Insurance Company | 7100-000 | N/A | 12,723.29 | 12,723.29 | 0.00 |
| 18 | Delta- Therm | 7100-000 | N/A | 3,656.26 | 3,656.26 | 0.00 |
| 19U-2 | Department of the Treasury | 7100-000 | N/A | 137,691.50 | 137,691.50 | 0.00 |
| 20U | Electrical Insurance Trustees | 7100-000 | N/A | 21,770.48 | 21,770.48 | 0.00 |
| 21 | IMC Connect, Inc. | 7100-000 | N/A | 22,579.37 | 22,579.37 | 0.00 |
| 22 | Edward Mattox | 7100-000 | N/A | 511,500.00 | 511,500.00 | 0.00 |
| 23U | Bulley & Andrews, LLC/Ujamaa Construction, Inc | 7100-000 | N/A | 13,628.00 | 13,628.00 | 0.00 |
| 24 | High Point Plaza, LLC | 7100-000 | N/A | 50,065.32 | 50,065.32 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | Douglas Tibble | 7100-000 | N/A | 41,454.36 | 41,454.36 | 0.00 |
| 27 | Chicago Department of Revenue | 7100-000 | N/A | 404.00 | 404.00 | 0.00 |
| 28 | Chicago Department of Revenue | 7100-000 | N/A | 765.64 | 765.64 | 0.00 |
| 29U | Chicago Department of Revenue | 7100-000 | N/A | 22,862.00 | 22,862.00 | 0.00 |
| 30 | All- Tech Electrical Const. Co. | 7100-000 | N/A | 18,836.79 | 18,836.79 | 0.00 |
| 31U-3 | National Electrical Benefit Fund | 7100-000 | N/A | 7,666.42 | 7,666.42 | 0.00 |
| 32 | IBEW Local 176 | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 33 | IBEW Local 117 | 7200-000 | N/A | 16,483.50 | 16,483.50 | 0.00 |
| 34U-2 | IBEW Local 701 | 7200-000 | N/A | 45,000.83 | 45,000.83 | 0.00 |
| 35U-2 | IBEW Local 150 | 7200-000 | N/A | 67,284.80 | 67,284.80 | 0.00 |
| 36 -2 | IBEW Local 461 | 7200-000 | N/A | 2,355.44 | 2,355.44 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,383,143.95 | $2,383,143.95 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-44140-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** HYRE ELECTRIC COMPANY, INC.  **Filed (f) or Converted (c):** 09/30/10 (f)
  **§341(a) Meeting Date:** 11/04/10
**Period Ending:** 02/26/15  **Claims Bar Date:** 02/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   HARRIS BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 2   PEOPLES BANK ACCOUNTS | 0.00 | 0.00 | | 11,146.36 | FA |
| 3   ACCOUNTS RECEIVABLE | 670,302.00 | 0.00 | | 77,435.29 | FA |
| 4   OFFICE EQUIPMENT | 5,600.00 | 0.00 | | 0.00 | FA |
| 5   INVENTORY | 17,660.00 | 0.00 | | 0.00 | FA |
| 6   TURNOVER OF FUNDS (u) | 1,000.00 | 1,000.00 | | 14,932.18 | FA |
| Int INTEREST (u) | Unknown | N/A | | 14.65 | FA |
| **7  Assets  Totals** (Excluding unknown values) | **$694,562.00** | **$1,000.00** | | **$103,528.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

  FINAL REPORT APPROVED; AWAITING CLEARANCE OF CHECKS; TDR TO FOLLOW

  PURSUING A/R; ADVERSARY PENDING BY BULLEY & ANDREWS; 11A 00013; MOTION FOR SUMMARY JUDGMENT BEING PREPARED; ACCOUNTANT TO BE EMPLOYED; COLLECTED FINAL FUNDS FOR PREFERENCE REGARDING LANDLORD; WAITING FOR FINAL TAX RETURNS; WORKING ON CLAIMS ISSUES AND PREPARING TO SEND FINAL REPORT TO US TRUSTEE; FINAL HEARING SET FOR 1/9/15

**Initial Projected Date Of Final Report (TFR):**  December 31, 2011   **Current Projected Date Of Final Report (TFR):**  December 2, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-44140-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | HYRE ELECTRIC COMPANY, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******98-65 - Checking Account |
| Taxpayer ID #: | **-***1072 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/26/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/10 | {6} | VERIZON | TURNOVER OF FUNDS | 1290-000 | 85.31 | | 85.31 |
| 11/19/10 | {6} | PASQUINELLI IN RECEIVERSHIP/RALLY MGMT SVC | TURNOVER | 1290-000 | 444.87 | | 530.18 |
| 11/19/10 | {6} | CHICAGO TITLE INSURANCE CO | TURNOVER | 1290-000 | 4,155.00 | | 4,685.18 |
| 11/19/10 | {6} | CHICAGO TITLE INSURANCE COMPANY | TURNOVER | 1290-000 | 5,247.00 | | 9,932.18 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 9,932.20 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,932.28 |
| 01/28/11 | {3} | GREATER ILLINOIS TITLE COMPANY | Mechanics lien proceeds turned over by title company | 1121-000 | 2,729.00 | | 12,661.28 |
| 01/28/11 | {3} | GREATER ILLINOIS TITLE COMPANY | Mechanics lien proceeds turned over by title company | 1121-000 | 5,319.80 | | 17,981.08 |
| 01/28/11 | {3} | GREAT ILLINOIS TITLE COMPANY | Mechanics lien proceeds turned over by the title company | 1121-000 | 6,207.09 | | 24,188.17 |
| 01/28/11 | {3} | GREATER ILLINOIS TITLE COMPANY | Mechanics lien proceeds turned over by the title company | 1121-000 | 20,404.40 | | 44,592.57 |
| 01/28/11 | {3} | GREATER ILINOIS TITLE COMPANY | Mechanics lien proceeds turned over by the title company | 1121-000 | 42,775.00 | | 87,367.57 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 87,367.72 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-44140, Bond# 016026455 | 2300-000 | | 70.57 | 87,297.15 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.01 | | 87,299.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.22 | | 87,301.38 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.15 | | 87,303.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.22 | | 87,305.75 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 87,306.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 87,307.20 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 167.44 | 87,139.76 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 87,140.50 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 202.97 | 86,937.53 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.98 | 86,943.51 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 86,944.22 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 178.64 | 86,765.58 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.73 | | 86,766.31 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 172.34 | 86,593.97 |

Subtotals : $87,379.95 $785.98

{} Asset reference(s)

Printed: 02/26/2015 03:29 PM V.13.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-44140-BWB  
**Case Name:** HYRE ELECTRIC COMPANY, INC.  
**Taxpayer ID #:** **-***1072  
**Period Ending:** 02/26/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******98-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 86,594.68 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 189.81 | 86,404.87 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.73 | | 86,405.60 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 177.54 | 86,228.06 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.73 | | 86,228.79 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 188.50 | 86,040.29 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-44140, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 74.45 | 85,965.84 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.40 | 85,795.44 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 175.80 | 85,619.64 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 169.60 | 85,450.04 |
| 05/25/12 | 1003 | ILLINOIS DEPT OF REVENUE | FEIN: 26-2181072/2011 - IL 1120 ST-V | 2820-000 | | 1,270.00 | 84,180.04 |
| 05/25/12 | 1004 | ILLINOIS DEPT OF REVENUE | FEIN: 26-218107/2010 - IL 1120 ST-X | 2820-000 | | 149.00 | 84,031.04 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 192.63 | 83,838.41 |
| 06/12/12 | 1005 | UPS | INV#0000FA7336222 | 2990-000 | | 18.14 | 83,820.27 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 166.60 | 83,653.67 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.84 | 83,470.83 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 176.74 | 83,294.09 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 159.30 | 83,134.79 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 187.39 | 82,947.40 |
| 11/09/12 | {2} | PEOPLE FIRST BANK | RELEASE OF FUNDS HELD IN ACCOUNTS | 1129-000 | 11,146.36 | | 94,093.76 |
| 11/12/12 | 1006 | HIGH POINT PLAZA LLC | SETTLEMENT AND COMPROMISE PER ORDER OF 11/2/12 | 4220-000 | | 2,500.00 | 91,593.76 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.91 | 91,410.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 182.09 | 91,228.76 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 91,228.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 98,528.48 | 98,528.48 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 91,228.76 | |
| | | | **Subtotal** | | 98,528.48 | 7,299.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$98,528.48** | **$7,299.72** | |

{} Asset reference(s)

Printed: 02/26/2015 03:29 PM    V.13.21

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-44140-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** HYRE ELECTRIC COMPANY, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******98-66 - Checking Account |
| **Taxpayer ID #:** **-***1072 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 02/26/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                        Printed: 02/26/2015 03:29 PM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 10-44140-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | HYRE ELECTRIC COMPANY, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1265 - Checking Account |
| Taxpayer ID #: | **-***1072 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/26/15 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 91,228.76 | | 91,228.76 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.94 | 91,088.82 |
| 02/13/13 | 11007 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44140, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 87.07 | 91,001.75 |
| 02/13/13 | 11007 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44140, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -87.07 | 91,088.82 |
| 02/13/13 | 11008 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44140, bond#016026455 | 2300-000 | | 87.07 | 91,001.75 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.25 | 90,879.50 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.35 | 90,753.15 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.23 | 90,613.92 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.67 | 90,479.25 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.46 | 90,357.79 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.96 | 90,214.83 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.75 | 90,085.08 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.25 | 89,959.83 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.34 | 89,817.49 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.57 | 89,696.92 |
| 12/10/13 | 11009 | INNOVALAW, PC | COMPENSATION TO TRUSTEE'S COUNSEL | 3210-000 | | 5,305.00 | 84,391.92 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.12 | 84,252.80 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.22 | 84,127.58 |
| 02/03/14 | 11010 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-44140, BOND#016026455 | 2300-000 | | 70.57 | 84,057.01 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.90 | 83,944.11 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.71 | 83,827.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.62 | 83,698.78 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.38 | 83,578.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.20 | 83,462.20 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.06 | 83,330.14 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.86 | 83,214.28 |
| 12/10/14 | {6} | FIDELITY NATIONAL TITLE INS | TURNOVER LOT #8 VETERANS PARKWAY | 1290-000 | 5,000.00 | | 88,214.28 |
| | | | Subtotals : | | $96,228.76 | $8,014.48 | |

{} Asset reference(s)

Printed: 02/26/2015 03:29 PM    V.13.21

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 10-44140-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | HYRE ELECTRIC COMPANY, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1265 - Checking Account |
| Taxpayer ID #: | **-***1072 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/26/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | CO | | | | | |
| 01/12/15 | 11011 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $8,176.42, Trustee Compensation;  Reference: | 2100-000 | | 8,176.42 | 80,037.86 |
| 01/12/15 | 11012 | Alan D. Lasko | Dividend paid 100.00% on $7,665.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 7,665.00 | 72,372.86 |
| 01/12/15 | 11013 | Alan D. Lasko | Dividend paid 100.00% on $92.47, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 92.47 | 72,280.39 |
| 01/12/15 | 11014 | Harris N.A. | Dividend paid   1.50% on $4,789,962.70; Claim# 26; Filed: $4,789,962.70; Reference: | 4210-000 | | 72,280.39 | 0.00 |
| | | | ACCOUNT TOTALS | | 96,228.76 | 96,228.76 | $0.00 |
| | | | Less: Bank Transfers | | 91,228.76 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 96,228.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,000.00 | $96,228.76 | |

| | |
|---|---|
| Net Receipts : | 103,528.48 |
| Net Estate : | $103,528.48 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******98-65 | 98,528.48 | 7,299.72 | 0.00 |
| Checking # ****-******98-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******1265 | 5,000.00 | 96,228.76 | 0.00 |
| | $103,528.48 | $103,528.48 | $0.00 |